# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00832-CV

### In re Earnest Lee Glover, Jr.

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus filed by Earnest Lee Glover, Jr. is denied.

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Filed: March 31, 2011